166 So.2d 105

James A. SHORE

v.

STATE.

6 Div. 89.

Supreme Court of Alabama.

June 25, 1964.

Stanford J. Skinner, Birmingham, for appellant.

Richmond M. Flowers, Atty. Gen., and Owen Bridges, Asst. Atty. Gen., for the State.

COLEMAN, Justice.

Affirmed on authority of Ex parte Tanner, 219 Ala. 7, 121 So. 423; Thomas v. State, 40 Ala.App. 697, 122 So.2d 535.

Affirmed.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.

161 So.2d 799

Fred L. SHUTTLESWORTH

v.

CITY OF BIRMINGHAM.

6 Div. 65.

Supreme Court of Alabama.

Feb. 20, 1964.

Rehearing Denied March 26, 1964.

Peter A. Hall and Orzell Billingsley, Jr., Birmingham, for petitioner.

Wm. C. Walker, Birmingham, opposed.

HARWOOD, Justice.

Petition of Fred L. Shuttlesworth for certiorari to the Court of Appeals to review and revise the judgment and decision in Shuttlesworth v. City of Birmingham, Ala. App., 161 So.2d 796.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.